In the Matter of the Claim of MARTIN WALKER, Respondent, against CALVARY ENGLISH EVANGELICAL LUTHERAN CONGREGATION OF THE U. C. A. et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of MARY MORAN, Respondent, against MORAN TRANSPORTATION LINES et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of JOHN HINKELBEIN, Respondent, against FIRST NATIONAL BANK OF MT. VERNON et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of MARTHA FEINBERG, Respondent, against SHEFFIELD FARMS COMPANY, INC., Appellant. STATE INDUSTRIAL BOARD, Respondent.

Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of LEONARD DEMARCO et al., Respondents, against TOWNSEND MACHINE CORPORATION et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of RICHARD EICHLER, Respondent, against PARADISE MANOR, INC., et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.—

Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of ARMAND E. CAMGROS et al. FIRM AMUSEMENT CORPORATION et al., Appellants; FRIEDA S. MILLER, as Industrial Commissioner, et al., Respondents.— Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

WILLIAM D. MEREDITH, an Infant, by WILLIAM R. MEREDITH, His Guardian ad Litem, et al., Respondents, v. LOUIS R. WALLACE et al., Appellants.—

Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ. .